No. 92–5318. McNutt v. United States. C. A. 1st Cir. Certiorari denied.

No. 92–5319. Brakke v. United States. C. A. 8th Cir. Certiorari denied.

No. 92–5320. Ibarra-Olmedo v. United States. C. A. 11th Cir. Certiorari denied.

No. 92–5322. Lincoln v. United States. C. A. 8th Cir. Certiorari denied.

No. 92–5323. Lewis v. New Hampshire. Sup. Ct. N. H. Certiorari denied.

No. 92–5324. Scott v. Chief Medical Examiner, City of New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 92–5325. Wooldridge v. Wilder, Governor of Virginia, et al. Sup. Ct. Va. Certiorari denied.

No. 92–5327. Sardina v. United States. C. A. 11th Cir. Certiorari denied.

No. 92–5328. Williams v. Dahm, Warden. C. A. 8th Cir. Certiorari denied.

No. 92–5329. Castillo-Espitia v. United States. C. A. 5th Cir. Certiorari denied.

No. 92–5330. Holm v. Maass, Superintendent, Oregon State Penitentiary. C. A. 9th Cir. Certiorari denied.

No. 92–5331. Geiselman v. United States. C. A. 1st Cir. Certiorari denied.

No. 92–5332. Garza v. United States. C. A. 5th Cir. Certiorari denied.

No. 92–5333. Bulls v. Shinbaum et al. C. A. 11th Cir. Certiorari denied.

No. 92–5334. Lobaina v. United States. C. A. 11th Cir. Certiorari denied.